IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

     Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                     Case No. 12-cv-705-wmc

CAPTAIN CORE, C.O. YUNTO,
TONY MELIE,  CAPT. HOLM,
CAPT. OLSON, C.O. II LOBIONCA,
WILLIAM POLLARD, DON STRAHOTA,
CAPT. ODONOVAN,
LIEUTENANT WENZEL,
LIEUTENANT BAUER, SGT. DAHLKE,
SGT. SAWYER, SGT. LENTZ, SGT. LIND,
C.O. BEAHM, SGT. GREMMINGER,
C.O. HARTE and SGT. ANDERSON,

     Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 8/14/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |